**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**DAVID K. PORATH,**

              **Plaintiff,**              **9:11-cv-963
(GLS/CFH)**

      v.

**BIRD et al.,**

              **Defendants.**
_____

## ORDER

On October 22, 2012, plaintiff *pro se* David K. Porath filed an appeal of an order denying him appointed counsel entered by Magistrate Judge David R. Homer. (*See* Dkt. Nos. 23, 50.) Having reviewed Porath's submission, (*see* Dkt. No. 50), and Judge Homer's order, (*see* Dkt. No. 23), the court concludes that the order is neither "clearly erroneous" nor "contrary to law," Fed. R. Civ. P. 72(a). As such, the order is affirmed.

**ACCORDINGLY**, it is hereby

**ORDERED** that Porath's appeal (Dkt. No. 50) is **DISMISSED**; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

November 6, 2012
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
Chief Judge
U.S. District Court

2